**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEVIN G. FUREY,

                     Plaintiff,                      17 **CIVIL** 943 (PMH)(AEK)

           -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2021, upon a careful and complete de novo review of the contested portions of the R&R, the R&R is adopted in its entirety. Consequently, Plaintiff's motion for summary judgment is DENIED; the Commissioner's motion for judgment on the pleadings is GRANTED; and judgment is entered in favor of the Commissioner.

**Dated:** New York, New York
          October 6, 2021

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                           **BY:**
                                                            **Deputy Clerk**